# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SCHOENTHAL,<br><br>Defendant. | Case No. CR 05-136-GF-BMM<br><br>**ORDER** |

Defendant Christopher Schoenthal, having filed a Motion to Dismiss Petition and Vacate Final Revocation Hearing, and good cause appearing;

IT IS HEREBY ORDERED that the Final Revocation Hearing in this matter, presently scheduled for Tuesday, December 7, 2021, at 1:30 p.m., is VACATED;

IT IS FURTHER HEREBY ORDERED that the Petition for Summons for Offender Under Supervision (Doc. 79) is DISMISSED.

DATED this 6th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court